No. 99–7000. RAMDASS v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. [Certiorari granted, *ante*, p. 1068.] Motion for appointment of counsel granted, and it is ordered that F. Nash Bilisoly, Esq., of Norfolk, Va., be appointed to serve as counsel for petitioner in this case.

No. 99–7406. WILLIAMS v. CITY OF ATLANTA. C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until March 14, 2000, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 99–1222. IN RE HIRSCHFELD;
No. 99–7373. IN RE BROWN;
No. 99–7649. IN RE GULLION;
No. 99–7794. IN RE MELENDEZ;
No. 99–7830. IN RE SALEEM;
No. 99–7842. IN RE MCSHEFFREY;
No. 99–7848. IN RE VINSON;
No. 99–7865. IN RE ROBINSON; and
No. 99–7929. IN RE THOMPSON. Petitions for writs of habeas corpus denied.

No. 99–8044. IN RE TARVER. Petition for writ of habeas corpus denied. JUSTICE STEVENS, JUSTICE SOUTER, JUSTICE GINSBURG, and JUSTICE BREYER would set the case for oral argument. Order of this Court heretofore entered February 3, 2000, vacated, and application for stay of execution of sentence of death denied.

No. 99–8335 (99A678). IN RE SIMS. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

No. 99–953. IN RE AMES;
No. 99–7227. IN RE WOODARD;
No. 99–7518. IN RE SIEGEL; and
No. 99–7659. IN RE GARCIA-BELTRAN. Petitions for writs of mandamus denied.

No. 99–7405. IN RE TRAYLOR; and
No. 99–7661. IN RE GENCO. Petitions for writs of mandamus and/or prohibition denied.